1:15-cv-01491-SLD-JEH # 30 Page 1 of 1   Friday, 31 August, 2018 02:46:34 PM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JAMES E. FEARY, Individually, BARBARA L. FEARY, Individually, and THE ESTATE OF TIMOTHY JAMES FEARY, Deceased, by JAMES E. FEARY, Special Administrator, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15-CV-1491 |
| CLIFFORD RASMUSSEN and KOTTKE TRUCKING, INC. a foreign corporation, | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION FOR DISMISSAL**

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the plaintiffs, JAMES E. FEARY, Individually, BARBARA L. FEARY, Individually, and THE ESTATE OF TIMOTHY JAMES FEARY, deceased, by JAMES E. FEARY, Special Administrator, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

**JAMES E. FEARY, Individually, BARBARA L. FEARY, Individually, and THE ESTATE OF TIMOTHY JAMES FEARY, Deceased, by JAMES E. FEARY, Special Administrator**

BY:      s/ Thomas W. Kyle
HUPY & ABRAHAM, S.C.
Thomas W. Kyle

**CLIFFORD RASMUSSEN and KOTTKE TRUCKING, INC.**

BY:      s/ Matthew S. Hefflefinger
         s/ Brad W. Keller
HEYL, ROYSTER, VOELKER & ALLEN
mhefflefinger@hrva.com - ARDC #: 6201281
bkeller@hrva.com – ARDC #6303676

**KOTTKE TRUCKING, INC.**

BY:      s/ Mark C. Hart
COUREY, KOSANDA & ZIMMER
Mark C. Hart

**EXHIBIT A**